UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| ADAM L. PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** ) **CASE NO. 2:17-CV-54-D** ) |
| WILLIAM EARL BRITT, | ) ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES the pending motions [D.E. 6, 11, 13, 14].

**This Judgment Filed and Entered on May 11, 2018, and Copies To:**

| | |
|---|---|
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| Adam L. Perry | (Sent to 600 Swamp Road Hertford, NC 27944 via US Mail) |

DATE:  　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

May 11, 2018　　　　　　　　(By) /s/ Nicole Briggeman

　　　　　　　　　　　　　　　　　　Deputy Clerk